United States District Court
Northern District of California

1

2          UNITED STATES DISTRICT COURT

3          NORTHERN DISTRICT OF CALIFORNIA

4

5    TROY DEMOND KING,                        Case No.  24-cv-04214-SK

6          Plaintiff,

7          v.                                 **ORDER TO SHOW CAUSE**

8    INTERNAL REVENUE SERVICE,

9          Defendant.

10         Plaintiff, who is proceeding without an attorney, filed his complaint along with an

11   application to proceed *in forma pauperis* on July 12, 2024.  (Dkt. Nos. 1, 2.)  The Court denied the

12   application to proceed *in forma pauperis* but gave Plaintiff leave to file a subsequent application,

13   no later than August 30, 2024, with instructions on his previous inconsistencies and what to

14   address in a forthcoming filing.  (Dkt. No. 4.)  To date, Plaintiff has not filed anything more on the

15   docket.

16         The Court has a full case load and does not have the time to manage this case for Plaintiff.

17   Plaintiff must prosecute this case diligently.  Accordingly, Plaintiff is HEREBY ORDERED to

18   Show Cause in writing by no later than September 27, 2024, why the Court should not reassign

19   this matter to a District Judge with a report and recommendation that the case should be dismissed

20   for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).  Should Plaintiff wish

21   to include a subsequent application to proceed *in forma pauperis*, he must file it at the same time

22   as his response to this Order to Show Cause.  Plaintiff is admonished that, if he does not file a

23   response by the deadline, the Court will issue an order of reassignment with a report and

24   recommendation recommending dismissal without further notice.

25         **IT IS SO ORDERED**.

26   Dated: September 3, 2024

27   _____

28   SALLIE KIM
     United States Magistrate Judge